TIDEWATER INVESTING CORPORATION v. CITY OF NEW YORK.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

INEZ POLLARD, as Administratrix of the Estate of AMY GARVIN, Deceased, v. TRIVIA BUILDING CORPORATION.— Present.— Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Accounting in the Estate of EDWARD W. HELLWIG, Deceased. FLORENCE D. HELLWIG. CATHARINE OSTERSTOCK, Executrix of EDWARD W. HELLWIG, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between 260 FIFTH AVENUE CORPORATION et al. and EMANUEL SCYCHEL et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Individually, and on Behalf of Itself and Other Creditors of WALTER H. TANNHAUSER, v. WALTER H. TANNHAUSER.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM C. STOW v. L. MIDDLEDITCH COMPANY.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of MAX LUBMAN et al., as Executors of SIMON SUTTA, Deceased. MAX LUBMAN et al. ADELE SUTTA

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Substituted Trustee of GEORGE W. HECKER, Deceased. LIONEL P. KRISTELLER, as Executor of ANNA W. HECKER, Deceased, et al. PAULA M. J. FARRELLY et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WILLIAM BODILY v. LONG ISLAND RAILROAD COMPANY.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS LAVARIS v. PEPSI COLA COMPANY et al. PEPSI COLA NEW YORK BOTTLING Co., INC., et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BANK OF YORKTOWN v. SIGMUND PINES.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration Between 260 FIFTH AVENUE CORPORATION et al. and EMANUEL SCYCHEL et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.